# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH LAMAR JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> JOHN MARSHALL, Warden, <br><br> Respondent. | No. CV 09-8362-GHK (AGR) <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered granting Respondent's motion to dismiss and denying the Petition and dismissing this action with prejudice.

DATED: 9/27/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE