# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH LAMAR JOHNSON,<br><br>        Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, Waren,<br><br>        Respondent(s). | No. CV 09-8362-GHK (AGR)<br><br>**JUDGMENT** |

    Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 9/27/10

                                               GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE